IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRENT SAVELLI, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO.: 7:24-CV-23 (LAG) |
| STATE FARM FIRE AND CASUALTY COMPANY, | : |
| Defendant. | : |

# ORDER

On February 29, 2024, Defendant removed the above-captioned case to this Court. (Doc. 1). On March 11, 2024, the Parties filed a Stipulation as to Damages, stating that "Defendant agrees that this action should be remanded to the Superior Court of Tift County" and that "Plaintiffs agree that the damages they allege and seek in this action do not exceed $75,000.00." (Doc. 6). Accordingly, this case is **REMANDED to the Superior Court of Tift County, Georgia**.

**SO ORDERED**, this 26th day of March, 2024.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**