IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| BRENT SAVELLI, et al., | * | |
| Plaintiffs, | * | |
| v. | | Case No.  7:24-cv-23 (LAG) |
| | * | |
| STATE FARM FIRE AND CASUALTY | | |
| COMPANY, | * | |
| Defendant. | * | |

## J U D G M E N T

Pursuant to this Court's Order dated March 26, 2024, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Tift County, Georgia.

This 26th day of March, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk